FILE COPY

No. 07-20-00264-CV

| | | |
|---|---|---|
| In re Timothy Castleman and Castleman Consulting, LLC, Relators | § | Original Proceeding |
| | § | November 23, 2020 |
| | § | Opinion Per Curiam |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated November 23, 2020, it is ordered, adjudged, and decreed that this Petition for Writ of Injunction and Prohibition be dismissed.

It is further ordered that this decision be certified below for observance.

o O o